UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC.<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PATRICK ENGLERT and THOMAS ENGLERT d/b/a MRFINEST.COM,<br><br>　　　　　　　　Defendants | Case No. 06-6291 (PGS)<br><br>**ORDER** |

**WHEREAS,** this matter having come before the court on defendant, Thomas Englert's motion to dismiss plaintiff's complaint for lack of specific personal jurisdiction and venue, and

**WHEREAS,** on August 15, 2008, the Honorable Esther Salas, U.S.M.J. issued a report and recommendation with findings of fact concluding that defendant, Thomas Englert's motion to dismiss should be granted, and

**WHEREAS,** more than ten days have passed, and no objections have been entered pursuant to Local Rule 72.1,

IT IS on this 2nd day of October, 2008;

**ORDERED** that the Report and Recommendation of August 15, 2008, of Judge Salas be and hereby is adopted, and that defendant, Thomas Englert's motion to dismiss plaintiff's complaint for lack of specific personal jurisdiction is granted as to defendant, Thomas Englert, for the reasons outlined in the Report and Recommendation of August 15, 2008.

October 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.